AO 199C  (Rev. 09/08)  Advice of Penalties                                                         Page ___1___ of ___1___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  USA v. Peter J. Yeager

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:    CR-21-001-WFN

*[Filed stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF WASHINGTON, MAY 0 4 2021, SEAN F. McAVOY, CLERK, DEPUTY, SPOKANE, WASHINGTON]*

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Interpreted by (if applicable):

_____    s/Stephen R. Hormel, as authorized by Peter J. Yeager in open court.
(Sign and Print Name)                              *Defendant's Signature*

### Directions to the United States Marshal

( X )  The defendant is ORDERED released after processing.  Defendant shall be released from Seatac Federal Detention Facility on Monday, May 10, 2021 at 11:00 am.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 05/04/2021                                    _____
                                                    *Judicial Officer's Signature*

                                                    JOHN T. RODGERS, U.S. MAGISTRATE JUDGE
                                                    *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL