

Colin Prince
Chief Appellate Attorney
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Peter Yeager

# United States District Court
### Honorable Wm. Fremming Nielsen

| United States, | No. 21-cr-1-WFN |
|---|---|
| Plaintiff, | VA Support Letter |
| v. | |
| Peter Yeager, | |
| Defendant. | |

The Federal Defenders received the following letter via fax on Tuesday, at 3:26 p.m., and submits it for the Court's review.

Dated: March 19, 2024.

        Federal Defenders of Eastern Washington & Idaho
        Attorneys for Peter Yeager

        <u>s/Colin G. Prince</u>
        Colin G. Prince, WSBA No. 43166
        10 North Post Street, Suite 700
        Spokane, Washington 99201
        t: (509) 624-7606
        f: (509) 747-3539
        Colin_Prince@fd.org

## Service Certificate

I certify that on March 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Patrick Cashman.

        <u>s/Colin G. Prince</u>
        Colin G. Prince, WSBA No. 43166
        10 North Post Street, Suite 700
        Spokane, Washington 99201
        t: (509) 624-7606
        f: (509) 747-3539
        Colin_Prince@fd.org